Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH VREDENBURG,<br><br>  Defendant. | No.  6:17-PO-00134-SAB<br><br>**STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION: PROTECTIVE ORDER RE: SAME** |

   WHEREAS, the discovery in this case contains private personal information regarding several third parties, including but not limited to their names, dates of birth, driver's license numbers, immigration information, and residential addresses ("Protected Information"); and

   WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

   The parties agree that entry of a stipulation protective order is appropriate.

   THEREFORE, KENNETH VREDENBURG, ("Defendant"), and the United States of America, by and through Legal Officer Susan St. Vincent, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.
2. This Order pertains to all discovery provided to or made available to Defendant as part of discovery in this case (hereafter, collectively known as "the discovery").
3. By signing this Stipulation and Protective Order, Defendant agrees not to share any documents that contain Protected Information with anyone other than Defendant's attorney(s).
4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defendant will return the discovery to the Government when the case becomes final.
5. Defendant will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

IT IS SO STIPULATED.

DATED: May 10, 2017            /s/ Susan St. Vincent
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

DATED: May 10, 2017            /s/ Kenneth Vredenburg
Kenneth Vredenburg
Defendant

U.S. v. Vredenburg
Stipulation
2

**ORDER**

IT IS SO ORDERED.

Dated: __**May 10, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE