# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH N. VREDENBURG,<br><br>Defendant. | Case No. 1:17-po-00134-SAB<br><br>PRETRIAL ORDER ADVANCING TRIAL TO MAY 30, 2017 AND DIRECTING OFFICE OF THE CLERK TO MAIL ORDER TO PLAINTIFF |

**1.    Trial Date**

The trial in this matter that is currently set for May 31, 2017 at 9:00 a.m. is advanced to **May 30, 2017 at 1:00 p.m.** in Courtroom 9 (SAB) of this Court before United States Magistrate Judge Stanley A. Boone.

**2.    Discovery**

Any and all discovery which each party intends to use at trial, including expert testimony, shall be produced no later than seven (7) days prior to trial. While this is the latest parties should produce any discovery, absent extraordinary circumstances, it is by no means the deadline for discovery and the parties must strive to provide discovery as soon as practicable upon receipt of that discovery and not wait for the deadline to produce the discovery. The court will entertain any request to exclude discovery either before or after this deadline if not produced and/or not produced timely in conformity with the Federal Rule of Criminal Procedure 16, Local Rule 440

1

or pertinent case law. Any discovery produced after the seven (7) day deadline shall be presumed to be excluded at trial and the burden shall be on the offering party to demonstrate why it was not produced before that deadline, in addition to any other evidentiary issue associated with the piece of evidence. Any request for exclusion of evidence based upon this section shall be made sufficiently in advance of its admission so that the court may make a proper ruling; otherwise it will be denied as untimely. This order will not apply to true impeachment and rebuttal evidence unless the party opposing the admission shows that the evidence was available and was not truly impeachment or rebuttal evidence.

**3. Trial Exhibits**

The parties shall premark their respective exhibits and submit an original and one copy of their premarked exhibits to the Clerk's Office no later than **Friday, May 26, 2017**. The parties also shall file and serve their respective exhibit lists no later than **May 26, 2017**.

**4. Trial Briefs**

At their option, the parties may file and serve trial briefs no later than **May 26, 2017**. If trial briefs are filed they shall include the party's contention as to what each and every essential element is for each charge proceeding to trial and any possible evidentiary issue which may arise, including authority.

Failure to comply with all provisions of this order may be grounds for imposition of sanctions on counsel or parties who disobey or cause noncompliance with this order.

IT IS SO ORDERED.

Dated:  **May 19, 2017**

UNITED STATES MAGISTRATE JUDGE