# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH N. VREDENBURG,<br><br>Defendant. | Case No. 6:17-po-00134-SAB<br><br>ORDER GRANTING GOVERNMENT'S REQUEST TO FILE EX PARTE SUBMISSION FOR IN CAMERA REVIEW UNDER SEAL |

This matter is currently set for a bench trial before the undersigned on May 30, 2017. On May 26, 2017, the Government submitted a request to seal an ex parte request for in camera review and supporting documents. The "public and the press have a qualified first amendment right of access to pretrial hearings and documents" in criminal proceedings. Seattle Times Co. v. U.S. Dist. Court for W. Dist. of Washington, 845 F.2d 1513, 1515 (9th Cir. 1988); Associated Press v. U.S. Dist. Court for Cent. Dist. of California, 705 F.2d 1143, 1145 (9th Cir. 1983). This right to access is not absolute and may be denied where there is a substantial governmental interest that outweighs the right to public access. In re McClatchy Newspapers, Inc., 288 F.3d 369, 374 (9th Cir. 2002); San Jose Mercury News, Inc. v. U.S. Dist. Court--N. Dist., 187 F.3d 1096, 1102 (9th Cir. 1999).

Here, the Government seeks to seal documents which are being submitted for in camera review by the court. "When the materiality or relevance of potential evidence in a criminal

1

proceeding is contested, the documents are typically submitted to the court for in camera review. This procedure preserves the confidentiality of the information that the court determines is non-discoverable." United States v. Ressam, 221 F. Supp. 2d 1252, 1258 (W.D. Wash. 2002). The public has no right of access to documents which the defendant has been denied access or the arguments that the prosecutor makes in support of the non-disclosure. Id. The Court finds that the Government's interest in the confidentiality of the information included in the ex parte request for in camera review outweighs the public's interest.

Accordingly, IT IS HEREBY ORDERED that the Government's request to file the ex-parte request for submission for in camera review under seal is GRANTED; and the Clerk of the Court is DIRECTED to file the Government's ex parte submission for in camera review and the proposed order granting the ex parte application under seal.

IT IS SO ORDERED.

Dated: **May 30, 2017**

_____
UNITED STATES MAGISTRATE JUDGE